# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Kelly Bland
                          Plaintiff,

v.                                                Case No.: 1:25−cv−14183
                                                       Honorable Martha M. Pacold

Healthcare Solutions Team, LLC
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 6, 2026:

      MINUTE entry before the Honorable Martha M. Pacold: Plaintiff's response to defendant's motion to dismiss, [7], is due by 1/27/2026. Defendant's reply brief is due by 2/10/2026. If any party requests a different schedule, they should file a motion. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.