**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KELLY BLAND, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHCARE SOLUTIONS TEAM, LLC d/b/a ALLSTATE HEALTH SOLUTIONS,<br><br>Defendants. | Case No. 1:25-CV-14183 |

**DEFENDANT HEALTHCARE SOLUTIONS TEAM, LLC'S
RULE 7.1 AND L.R. 3.2 CORPORATE DISCLOSURE
STATEMENT AND NOTIFICATION OF AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of Illinois Local Rule 3.2, defendant Healthcare Solutions Team, LLC ("HST") is an Illinois limited liability company. HST is a wholly-owned subsidiary of National General Holdings Corp., which is a Delaware corporation. National General Holdings Corp. is a wholly-owned subsidiary of Allstate Insurance Holdings, LLC, a Delaware limited liability company. Allstate Insurance Holdings, LLC is a wholly-owned subsidiary of The Allstate Corporation, which is also a Delaware corporation.

The stock of The Allstate Corporation is publicly traded. No publicly-held entity owns 10% or more of stock of The Allstate Corporation. With regards to the definition of "affiliate" as set forth in Local Rule 3.2, The Allstate Corporation discloses The Vanguard Group and BlackRock Inc. as affiliates, in that each owns more than 5% stock of The Allstate Corporation.

Dated: January 14, 2026     Respectfully submitted,

**AKERMAN LLP**

*/s/Jani K. Mikel*
**JANI K. MIKEL**
Illinois Bar No. 6331445
71 South Wacker Drive, 47th Floor
Chicago, Illinois  60606
Telephone:  (312) 634-5700
Facsimile:  (312) 424-1900
Primary Email: jani.mikel@akerman.com
Secondary Email: elida.asa@akerman.com

- and -

RYAN ROMAN
Florida Bar No. 0025509
**AKERMAN LLP**
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
Primary Email: ryan.roman@akerman.com
Secondary Email: lauren.chang-williams@akerman.com

*Counsel for Defendant Healthcare Solutions Team, LLC*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 14, 2026, the foregoing document was filed with the Court's electronic filing system on the CM/ECF system which will send a notice of electronic filing to all counsel of record.

>Anthony I. Paronich
>PARONICH LAW, P.C.
>350 Lincoln Street, Suite 2400
>Hingham, MA 02043
>Telephone: (617) 485-0018
>Email:anthony@paronichlaw.com

>>*/s/ Jani K. Mikel*
>>JANI K. MIKEL
>>Illinois Bar No. 6331445