# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Kelly Bland

                         Plaintiff,

v.                                               Case No.: 1:25−cv−14183
                                                                  Honorable Martha M. Pacold

Healthcare Solutions Team, LLC, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 6, 2026:

      MINUTE entry before the Honorable Martha M. Pacold: The court has reviewed the Initial Joint Status Report [17] and notes that instead of filing a response to the motion to dismiss [7], plaintiff filed an amended complaint [12]. In light of the amended complaint [12], the motion to dismiss [7] is denied as moot, without reaching and without prejudice to any of the arguments in the motion. Defendant HST's deadline to answer or otherwise respond to the amended complaint is stayed pending the filing of the 2/26/26 updated joint status report (see below). By 2/26/26, the parties should file an updated joint status report, including the status of service on Defendant Johnson; whether the parties agree to a continued stay of Defendant HST's deadline to answer or otherwise respond to the amended complaint pending service of Defendant Johnson and the filing of an updated joint status report from all parties, including both defendants; if not, a proposed deadline for HST to answer or otherwise respond to the amended complaint (and if HST continues to anticipate responding by way of motion, a proposed briefing schedule and proposed dates for oral argument within the three months following the filing of the reply brief, keeping in mind that the typical time for oral argument on a motion is 15 minutes per side); updates on the other matters in the initial joint status report; and any request for a further joint status report deadline and / or a status hearing (if the parties would find it more efficient to address these or any other matters at a hearing). Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.