IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KELLY BLAND, on behalf of herself and others similarly situated, | : :  CIVIL ACTION FILE NO. 25-cv-14183 |
| Plaintiff, | : : Hon. Martha Pecold |
| v. | : |
| HEALTHCARE SOLUTIONS TEAM, LLC D/B/A ALLSTATE HEALTH SOLUTIONS AND | : : : |
| SANDRA JOHNSON | : : |
| Defendants. | : |

## JOINT STATUS REPORT

Plaintiff Kelly Bland (hereinafter referred to as "Plaintiff"), individually and on behalf of all others similarly situated and Healthcare Solutions Team, LLC ("Healthcare Solutions") submit the attached report addressing the matters the Court directed in its February 6 order (ECF 18).

Plaintiff is diligently attempting to serve Plaintiff Johnson. The Plaintiff has completed four attempts at the most probable location, and it appears that Johnson is evading service. As Plaintiff's affidavit of non-service will demonstrate, the process server visited the residence and spoke with a male resident who advised that Johnson did not live there. However, after the process server visited the residence another time, he found another car in the driveway that was not there before, which car had a garbage can positioned to block the license plate. Plaintiff is currently attempting service at another possible address for Plaintiff Johnson. In the event that those attempts are not successful, Plaintiff intends to move for alternative service, as Plaintiff did, and which was

granted, in a similar case against Defendant. *Pinn v. Healthcare Solutions Team, LLC*, No. 1:24-cv-07077, ECF No. 19 (Jan. 2, 2025).

The Parties agree on the following briefing schedule for Healthcare Solutions Team, which intends to file a second motion to dismiss:

- Defendant HST to file Motion to Dismiss by March 12, 2026.
- Plaintiff to respond by April 9, 2026.
- HST to reply by April 23, 2026.
- Oral argument any of the following days: May 27; July 7-10, 21-23, 28-30; August 4-7, 10-11. The Parties respectfully request that the Court accommodate oral argument virtually if possible.

The Parties do not currently have any updates on the other matters in the joint status report. The parties do not request a further status report deadline or status hearing at this time. Plaintiff will file a motion for alternative service in short order if Plaintiff continues to be unsuccessful in service.

Dated: February 25, 2026

/s/
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Email: anthony@paronichlaw.com

*Counsel for Plaintiff*

/s/
JANI K. MIKEL
**AKERMAN LLP**
Illinois Bar No. 6331445
71 South Wacker Drive, 47th Floor
Chicago, Illinois 60606
Telephone: (312) 634-5700
Facsimile: (312) 424-1900
Email: jani.mikel@akerman.com
Email: elisa.asa@akerman.com

**- and -**

RYAN ROMAN
**AKERMAN LLP**
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
Email: ryan.roman@akerman.com
Email: ellise.peyton@akerman.com

*Counsel for Defendant Healthcare Solution Team, LLC*