**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Kelly Bland
                                      Plaintiff,

v.                                                     Case No.: 1:25−cv−14183
                                                              Honorable Martha M. Pacold

Healthcare Solutions Team, LLC, et al.
                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 27, 2026:

      MINUTE entry before the Honorable Martha M. Pacold: The court has received the parties' status report [19]. The parties shall file by 4/8/26 a status report providing updates on plaintiff's attempts to serve defendant Johnson and any other matters they wish to bring to the court's attention. The parties' briefing schedule for Healthcare Solutions Team's (HST) second motion to dismiss is granted. Defendant HST's Motion to Dismiss is due by 3/12/26. Plaintiff's response is due by 4/9/26. HST's reply is due by 4/23/26. Oral argument is scheduled for 10:00 am on 7/8/26, with fifteen minutes per side. The 7/8/26 hearing will be by video via Webex. All parties are to appear at the video hearing by accessing the following link: https://us−courts.webex.com/meet/Pacold_Courtroom. Future hearings may be either in person or remote as appropriate. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.