IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KELLY BLAND, on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>HEALTHCARE SOLUTIONS TEAM, LLC d/b/a ALLSTATE HEALTH SOLUTIONS,<br><br>    Defendants. | Case No. 1:25-CV-14183 |

**DEFENDANT HEALTHCARE SOLUTIONS TEAM LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant Healthcare Solutions Team LLC's ("HST"), by and through its undersigned counsel, moves for an extension of time for it to file its Motion to Dismiss Plaintiff's First Amended Complaint. In support of its Motion, Defendant states as follows:

1. On February 27, 2026, Honorable Judge Pacold entered an order setting the following deadlines: Defendant HST's Motion to Dismiss is due by 3/12/26. Plaintiff's response is due by 4/9/26. HST's reply is due by 4/23/26. (Dkt. 20).

2. A seven (7) day extension is necessary for HST to file its Motion to Dismiss Plaintiff's First Amended Complaint as Defendant's counsel is dealing with an unexpected family medical emergency, and as a result, additional time is needed for counsel to prepare and file HST's Motion to Dismiss Plaintiff's First Amended Complaint. This is Defendant's counsel's first request for extension.

3. Counsel for Defendant, Jani K. Mikel, conferred with Plaintiff's counsel, Anthony Paronich, on March 10, 2026, regarding this Motion. Plaintiff has no objection to Defendant's request for additional seven (7) days, on or before March 19, 2026, to file its Motion to Dismiss Plaintiff's First Amended Complaint.

4. Defendant further requests that the response and the reply deadlines are extended accordingly.

5. This Motion is filed in good faith and not for delay or any other undue purpose.

6. No prejudice to any parties in this action will result in granting an additional seven (7) days for Defendant to file its Motion to Dismiss as set forth in Paragraph 3.

WHEREFORE, Defendant Healthcare Solutions Team, LLC respectfully requests that this Court enter an Order granting Defendant an additional seven (7) days for Defendant to file its Motion to Dismiss Plaintiff's First Amended Complaint as set forth in Paragraph 3 of this Motion.

DATED: March 10, 2026.               Respectfully submitted,

                                               **AKERMAN LLP**

By: */s/ Jani K. Mikel*
**JANI K. MIKEL, ESQUIRE**
AKERMAN LLP
71 South Wacker Drive, 47th Floor
Chicago, Illinois 60606
Telephone: (312) 634-5700
Facsimile: (312) 424-1900
Email: jani.mikel@akerman.com

**RYAN ROMAN, ESQUIRE**
AKERMAN LLP
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
Email: ryan.roman@akerman.com

*Counsel for Defendant Healthcare Solutions Team, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 10, 2026, the foregoing document was filed with the Court's electronic filing system on the CM/ECF system which will send a notice of electronic filing to all counsel of record.

    Anthony I. Paronich
    PARONICH LAW, P.C.
    350 Lincoln Street, Suite 2400
    Hingham, MA 02043
    Telephone: (617) 485-0018
    Email:anthony@paronichlaw.com

                                              */s/ Jani K. Mikel*
                                              JANI K. MIKEL
                                              Illinois Bar No. 6331445