## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Kelly Bland

                                                  Plaintiff,

v.                                                                             Case No.: 1:25−cv−14183
                                                                             Honorable Martha M. Pacold

Healthcare Solutions Team, LLC, et al.

                                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 12, 2026:

      MINUTE entry before the Honorable Martha M. Pacold: Defendant Healthcare Solutions Team, LLC's unopposed motion for extension of time, [21], is granted. Defendant HST's Motion to Dismiss is due by 3/19/26. Plaintiff's response is due by 4/16/26. HST's reply is due by 4/30/26. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.