**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| KELLY BLAND, on behalf of herself and others similarly situated, | : | CIVIL ACTION FILE NO. 25-cv-14183 |
| | : | |
| Plaintiff, | : | Hon. Martha Pecold |
| | : | |
| v. | : | |
| | : | |
| HEALTHCARE SOLUTIONS TEAM, LLC D/B/A ALLSTATE HEALTH SOLUTIONS AND | : | |
| | : | |
| SANDRA JOHNSON | : | |
| | : | |
| Defendants. | : | |

**JOINT STATUS REPORT**

Plaintiff Kelly Bland (hereinafter referred to as "Plaintiff"), individually and on behalf of all others similarly situated and Healthcare Solutions Team, LLC ("HST") submit the attached report addressing the matters the Court directed in its February 27 order (ECF 20).

Plaintiff has attempted to serve two addresses for Defendant Johnson, and both addresses have demonstrated evidence of evasion. As a result, on or before April 16, 2026, the Plaintiff intends to move this Court for an order seeking alternative service upon Defendant Johnson.

Additionally, Defendant HST has informed Plaintiff that the Plaintiff has named the wrong Defendant in this action and that it has no relationship with Defendant Johnson. No later than April 16, 2026, Plaintiff intends to file a motion to substitute party name substituting Americas Health Care/RX Plan Agency, Inc. as Defendant in place of current Defendant HST. HST does not oppose this motion.

2

HST states that, upon information and belief, AHCP and Defendant Johnson are parties to a Producer Agreement but further states that Defendant Johnson is an independent insurance agent and does not receive any marketing support (including leads) or training from this entity. While HST does not oppose substitution, it disagrees with Plaintiff that there is a Rule 11, Fed. R. Civ. P., basis to sue AHCP based on the aforementioned facts and AHCP, as the potential newly-substituted Defendant in this action, reserves all rights. Plaintiff still intends to oppose Defendant's pending Motion to Dismiss by the April 16 deadline. The Parties have agreed that the Motion to Dismiss would be equally applicable under either the incorrectly named party or the correctly substituted party and would agree to bind the correctly named entity, who plans to be represented by the same defense counsel. As such, the motion to substitute would not have an effect on the pending Motion to Dismiss and that can continue to be decided in the normal course.

The Parties do not currently have any updates on the other matters in the joint status report. The Parties do not request a further status report deadline or status hearing at this time.

Dated: April 8, 2026

*/s/*

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Email: anthony@paronichlaw.com

*Counsel for Plaintiff*

*/s/*

JANI K. MIKEL
**AKERMAN LLP**
Illinois Bar No. 6331445
71 South Wacker Drive, 47th Floor
Chicago, Illinois  60606
Telephone:  (312) 634-5700
Facsimile: (312) 424-1900
Email: jani.mikel@akerman.com
Email: elisa.asa@akerman.com

**- and -**

RYAN ROMAN
**AKERMAN LLP**
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
Email: ryan.roman@akerman.com
Email: ellise.peyton@akerman.com

*Counsel for Defendant Healthcare Solution Team, LLC*