## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Kelly Bland

                              Plaintiff,

v.

                                     Case No.: 1:25−cv−14183

                                     Honorable Martha M. Pacold

Healthcare Solutions Team, LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 9, 2026:

      MINUTE entry before the Honorable Martha M. Pacold: The court has received the parties' joint status report [24]. The parties shall file by 5/8/2026 a joint status report providing updates on plaintiff's attempts to serve defendant Johnson and any other matters the parties wish to bring to the court's attention. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.