# UNITED STATES DISTRICT COURT

for the
Northern District of Illinois

**KELLY BLAND**

)

*Plaintiff*

)
)

v.

)
)

Civil Action No. 1:25-cv-14183

)
**HEALTHCARE SOLUTIONS TEAM, LLC D/B/A**
**ALLSTATE HEALTH SOLUTIONS, SANDRA**
**JOHNSON**

)
)
)
)

*Defendant*

## AFFIDAVIT OF NONSERVICE

I, Yancy Polanco, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

After careful inquiry and diligent attempts, I was unable to serve SANDRA JOHNSON as I could not find the subject or information as to the location of the subject's whereabouts.

Serve Attempt #1
Date / Time: March 2, 2026 11:00 am
Address: 3805 SW 148th Ter, Miramar, FL 33027-3313
Photo: See Exhibit 1a below
Geolocation: https://google.com/maps?q=25.9728873,-80.3443785
Description of attempt: I spoke with a resident at the location. They confirmed that the subject resides at this address but was not available at the time. A 2009 2008 white Toyota Camry with license plate 98d msq was parked in the driveway. No additional contacts were made. There was also a gray Mercedes unable to identify license plate number

Serve Attempt #2
Date / Time: March 4, 2026 7:00 pm
Address: 3805 SW 148th Ter, Miramar, FL 33027-3313
Photo: See Exhibit 2a below
Geolocation: https://google.com/maps?q=25.973843,-80.3443308

Description of attempt: I spoke with a resident at the location, who confirmed that the subject resides at this address but was not available at the time. A gray Mercedes with license plate JSV D69 was parked in the driveway. No additional contacts were made. When asked if the subject was their son or husband, the resident mumbled and appeared unwilling to answer. I mentioned the documents during the interaction.

Serve Attempt #3
Date / Time: March 6, 2026 9:01 am
Address: 3805 SW 148th Ter, Miramar, FL 33027-3313
Photo: See Exhibit 3a below
Geolocation: https://google.com/maps?q=25.9740392,-80.3445966
Description of attempt: No contact was made at the service address. Observed no relevant details during this attempt. No additional contacts were made.

Serve Attempt #4
Date / Time: March 7, 2026 8:47 am
Address: 3805 SW 148th Ter, Miramar, FL 33027-3313
Photo: See Exhibit 4a below
Geolocation: https://google.com/maps?q=25.9725238,-80.3443285
Description of attempt: No contact was made at the service address. Vehicles were parked in the driveway, including a Gray Lexus with license plate G35 cdg and a Gray Mercedes with license plate Jsv069. No additional contacts were made. I caused Proof Technology Inc. to run a Vehicle Registration Verification, Tag# FL - JSVD69 is  registered to the subject.

Total Cost: $85.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Miami-Dade County                              ,

FL          on      3/19/2026          .

/s/ *Yancy Polanco*
Signature
Yancy Polanco
+1 (929) 327-6707

Exhibit 1a)





Exhibit 2a)





Exhibit 4a)