# UNITED STATES DISTRICT COURT

for the
Northern District of Illinois

| | | |
|---|---|---|
| **KELLY BLAND, on behalf of herself and others similarly situated** | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:25-cv-14183 |
| | ) | |
| **HEALTHCARE SOLUTIONS TEAM, LLC D/B/A ALLSTATE HEALTH SOLUTIONS, SANDRA JOHNSON** | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## AFFIDAVIT OF NONSERVICE

I, George Thompson, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

After careful inquiry and diligent attempts, I was unable to serve SANDRA JOHNSON as I could not find the subject or information as to the location of the subject's whereabouts.

Serve Attempt #1
Date / Time: February 3, 2026 7:26 pm
Address: 7755 Tropicana St, Miramar, FL 33023-2431
Photo: See Exhibit 1a below
Geolocation: https://google.com/maps?q=25.9933058753,-80.2398206249
Description of attempt: No contact was made at the service address. It was observed that there were no vehicles at the location. No additional contacts were made.

Serve Attempt #2
Date / Time: February 7, 2026 7:10 pm
Address: 7755 Tropicana St, Miramar, FL 33023-2431
Photo: See Exhibits 2a, 2b below
Geolocation: https://google.com/maps?q=25.9933017682,-80.2398346296
Description of attempt: I spoke with a resident at the location, who stated that they do not know the subject. No relevant details were observed during this attempt. A vehicle was parked in the driveway. A neighbor stated that they do not recognize the subject's name.

Serve Attempt #3
Date / Time: February 9, 2026 9:30 pm
Address: 7755 Tropicana St, Miramar, FL 33023-2431
Photo: See Exhibit 3a below
Geolocation: https://google.com/maps?q=25.9927638624,-80.2393384304
Description of attempt: No contact was made at the service address. No relevant details were observed during this attempt. A neighbor stated that they do not recognize the subject's name.

Serve Attempt #4
Date / Time: February 10, 2026 6:55 am
Address: 7755 Tropicana St, Miramar, FL 33023-2431
Photo: See Exhibit 4a below
Geolocation: https://google.com/maps?q=25.993974966,-80.2387302492
Description of attempt: No contact was made at the service address. A vehicle was parked in the driveway with license plate: N/A. Attempted to speak with neighbors. No one answered.

Total Cost: $85.00

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

___Broward County_____ ,

___FL_____ on ___2/13/2026_____ .

/s/ *George Thompson*
_____
Signature
George Thompson
+1 (305) 962-9811



Exhibit 1a)



Exhibit 2a)



Exhibit 2b)



Exhibit 3a)

