## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KELLY BLAND, on behalf of herself and others similarly situated, | : : : | CIVIL ACTION FILE NO. |
| Plaintiff, | : : | **1:25-cv-14183** |
| v. | : : | **PLAINTIFF'S RESPONSE IN OPPOSITION** |
| HEALTHCARE SOLUTIONS TEAM, LLC D/B/A ALLSTATE HEALTH SOLUTIONS | : : : | **TO DEFENDANT HEALTHCARE SOLUTIONS TEAM, LLC'S MOTION TO DISMISS** |
| AND | : | |
| SANDRA JOHNSON | | **JURY TRIAL DEMANDED** |
| Defendants | | |

_____/

### PLAINTIFF'S CONSENT MOTION TO SUBSTITUTE PARTY NAME

The plaintiff moves to substitute the party name "Americas Health Care/RX Plan Agency, Inc., A Division of Allstate Health Solutions" for the currently named "Healthcare Solutions Team, LLC d/b/a Allstate Health Solutions." Fed. R. Civ. P. 21 states that "Parties may be … added by order of the Court on motion of any party or of its own motion at any stage of the action and on such terms as are just." Here, the Defendant has provided Plaintiff's counsel with sufficient information demonstrating the correct name for the entity being sued.

Dated: April 16, 2026          PLAINTIFF, on behalf of herself
                        and others similarly situated,

                      */s/ Andrew Roman Perrong*
                      Andrew Roman Perrong, Esq.
                      Perrong Law LLC
                      2657 Mount Carmel Avenue
                      Glenside, Pennsylvania 19038
                      Phone: 215-225-5529 (CALL-LAW)
                      Facsimile: 888-329-0305
                      a@perronglaw.com

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

April 16, 2026

> _/s/ Andrew Roman Perrong_
> Andrew Roman Perrong, Esq.
> Perrong Law LLC
> 2657 Mount Carmel Avenue
> Glenside, Pennsylvania 19038
> Phone: 215-225-5529 (CALL-LAW)
> Facsimile: 888-329-0305
> a@perronglaw.com

2