**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Kelly Bland

Plaintiff,

v.                                                                Case No.: 1:25–cv–14183
                                                                 Honorable Martha M. Pacold

Healthcare Solutions Team, LLC, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 21, 2026:

MINUTE entry before the Honorable Martha M. Pacold: Plaintiff's motion to substitute party name, [30], is granted. Americas Health Care/RX Plan Agency, Inc., A Division of Allstate Health Solutions is hereby substituted as a defendant in place of Healthcare Solutions Team, LLC d/b/a Allstate Health Solutions. See Fed. R. Civ. P. 25(c). Bell Sports LLC is directed to file its amended complaint separately on the docket by 4/24/2026. See Fed. R. Civ. P. 15(a)(2). Plaintiff's motion [28] for alternative service on Defendant Sandra Johnson is granted. While a preferable means of service, physical service is not always possible. In this case, Plaintiff certifies that it has attempted, but has been unable, to serve process due to defendant's apparent evasion. [28] at 3–4. In such a circumstance, a less preferable form of service is permissible. Service via express courier, email, and iMessage is "reasonably calculated" to be received by defendant, and it is thus adequate in this case. *Mullane v. Cent. Hanover Bank & Tr. Co.*, 339 U.S 306, 319 (1950). What's more, service via courier, email, or iMessage is not barred under Fed. R. Civ. P. 4. Thus, plaintiff may use alternative service to serve process on Defendant Sandra Johnson. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.