AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:25-cv-14183

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Sandra Johnson

was received by me on *(date)*  01/28/2026  .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*:  In accordance with Court Order of April 21, 2026 (ECF No. 31), by email (attached), express courier (attached), and text message (attached)

My fees are $ _____ for travel and $ 25.32 for services, for a total of $ 25.32 .

I declare under penalty of perjury that this information is true.

Date:  04/25/2026

/s/ Andrew Roman Perrong
*Server's signature*

Andrew Roman Perrong, Esq.
*Printed name and title*

2657 Mount Carmel Ave.
Glenside, PA 19038

*Server's address*

Additional information regarding attempted service, etc:

Print       Save As...       Reset

 **PERRONG LAW LLC**

**Andrew Perrong <a@perronglaw.com>**

## Service of Lawsuit - Bland v. Healthcare Solutions Team LLC, Docket No. 1:25-cv-14183 (N.D. Ill.)

1 message

**Andrew Perrong** <a@perronglaw.com>     Tue, Apr 21, 2026 at 7:22 PM
To: SANDYJFX@gmail.com

Ms. Johnson,

Please see the attached lawsuit which is being served upon you in accordance with the attached court order.

--
Thank you kindly,
Andrew Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529 (CALL-LAW)

---

**2 attachments**

 **Court Order.pdf**
18K

 **Complaint Materials.pdf**
537K

Tuesday, 04/21/2026 4:34 PM EDT

# Sandra Johnson

7755 Tropicana St
Miramar FL 33023-2431 📋

## ⊖ Shipment Details

📦 1Z12W3V60295846541 ✓ ❓

| Ship From Address: Perrong Law | Package Details | Label Details ❓ |
|---|---|---|
| Perrong Law LLC<br>2657 Mount Carmel Ave<br>Glenside PA 19038-2911 | **Package Type:** UPS Express Envelope<br>**Dimensions:** Predefined<br>**Weight:** 8 oz<br>**Free Online Delivery Confirmation** | **Label Size:** 4×6″<br>**Label Filetype:** PDF |

| Service | Cost |
|---|---|
| 📦 UPS 2nd Day Air®<br>$100 Carrier Liability (File Carrier Liability Claim) · Estimated Delivery 04/23/2026 by 11:00 PM if shipped on 04/21/2026 | $12.66 |
| **Total Cost** | **$12.66** |
| Ship Date ❓ | Tuesday, 04/21/2026 |
| Email Recipients | No Email Address set |

© 2014-2026 - All Rights Reserved
Privacy Policy - Terms of Use - DPA
Cookies Notice - 🔐 Manage your Privacy & Data Settings

# Proof of Delivery

Dear Customer,
This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z12W3V60295846541

**Service**
UPS 2nd Day Air®

**Delivered On**
04/23/2026 7:14 P.M.

**Delivered To**
MIRAMAR, FL, US

**Shipped / Billed On**
04/21/2026

Sincerely,
UPS

Tracking results provided by UPS as of 04/25/2026 2:29 P.M. EST

Tuesday, 04/21/2026 4:33 PM EDT

# Sandra Johnson

3805 SW 148th Ter
Miramar FL 33027-3313 📋

## ⊖ **Shipment Details**

📦 1Z12W3V60296748539  ✓  ❓

| Ship From Address: Perrong Law | Package Details | Label Details ❓ |
|---|---|---|
| Perrong Law LLC<br>2657 Mount Carmel Ave<br>Glenside PA 19038-2911 | **Package Type:** UPS Express Envelope<br>**Dimensions:** Predefined<br>**Weight:** 8 oz<br>**Free Online Delivery Confirmation** | **Label Size:** 4×6"<br>**Label Filetype:** PDF |

| Service | Cost |
|---|---|
| 📦 UPS 2nd Day Air®<br>$100 Carrier Liability (File Carrier Liability Claim) · Estimated Delivery 04/23/2026 by 11:00 PM if shipped on 04/21/2026 | $12.66 |
| **Total Cost** | **$12.66** |
| Ship Date ❓ | Tuesday, 04/21/2026 |
| Email Recipients | No Email Address set |

© 2014-2026 - All Rights Reserved
Privacy Policy - Terms of Use - DPA
Cookies Notice - 🔏 Manage your Privacy & Data Settings

# Proof of Delivery

Dear Customer,
This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**
1Z12W3V60296748539

**Service**
UPS 2nd Day Air®

**Delivered On**
04/23/2026 6:07 P.M.

**Delivered To**
MIRAMAR, FL, US

**Shipped / Billed On**
04/21/2026



Sincerely,
UPS

Tracking results provided by UPS as of 04/25/2026 2:29 P.M. EST

+19542750063
+19542750063

Ms. Johnson,

Please see the attached lawsuit which is being served upon you in accordance with the attached court order.

Andrew Perrong at 4/21/26, 7:23 PM

Sent

id:486395327 sub:001 dlvrd:001 submit date:2604212323 done date:2604212323 stat:DELIVRD err:000 text:Ms. Johnson,

Please

4/21/26, 7:23 PM

Received

**Complaint Materials.pdf**

*(536.76 KB)*

Andrew Perrong at 4/21/26, 7:23 PM

Sent

**Court Order.pdf**

*(17.84 KB)*

Andrew Perrong at 4/21/26, 7:23 PM

Sent

Add Note

Export