**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

KELLY BLAND, on behalf of herself and
others similarly situated,

        Plaintiff,

v.

AMERICAS HEALTH CARE/RX PLAN
AGENCY, INC. D/B/A ALLSTATE
HEALTH SOLUTIONS
AND

SANDRA JOHNSON

        Defendants.

CIVIL ACTION FILE NO. 25-cv-14183

Hon. Martha Pecold

## JOINT STATUS REPORT

Plaintiff Kelly Bland (hereinafter referred to as "Plaintiff"), individually and on behalf of

all others similarly situated and Americas Health Care/RX Plan Agency, Inc. ("AHC") submit the

attached report addressing the matters the Court directed in its April 9 order (ECF 25).

Plaintiff has accomplished the Court-ordered alternative service of Defendant Johnson on

April 21, 2026, and Johnson's answer is due May 12, 2026.

There are no other matters the parties wish to address before the Court at this time.

Dated: May 8, 2026

| | |
|---|---|
| */s/*　　　　　　　　　　　　 | */s/*　　　　　　　　　　　　 |
| Anthony I. Paronich | JANI K. MIKEL |
| Paronich Law, P.C. | **AKERMAN LLP** |
| 350 Lincoln Street, Suite 2400 | Illinois Bar No. 6331445 |
| Hingham, MA 02043 | 71 South Wacker Drive, 47th Floor |
| Tel: (617) 485-0018 | Chicago, Illinois  60606 |
| Email: anthony@paronichlaw.com | Telephone:  (312) 634-5700 |
| | Facsimile: (312) 424-1900 |
| *Counsel for Plaintiff* | Email: jani.mikel@akerman.com |
| | Email: elisa.asa@akerman.com |

**- and -**

RYAN ROMAN
**AKERMAN LLP**
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
Email: ryan.roman@akerman.com
Email: ellise.peyton@akerman.com

*Counsel for Defendant Healthcare Solution Team, LLC*

2