# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Kelly Bland

                         Plaintiff,

v.                                      Case No.: 1:25–cv–14183
Honorable Martha M. Pacold

Americas Health Care/RX Plan Agency, Inc., et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 13, 2026:

      MINUTE entry before the Honorable Martha M. Pacold: The court has received plaintiff's status report. By 5/26/2026, the parties shall file a joint status report including an update on any settlement efforts and any other matters the parties wish to bring to the court's attention. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.