**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| KELLY BLAND, on behalf of herself and others similarly situated, | : | CIVIL ACTION FILE NO. 25-cv-14183 |
| | : | |
| Plaintiff, | : | Hon. Martha Pecold |
| | : | |
| v. | : | |
| | : | |
| AMERICAS HEALTH CARE/RX PLAN AGENCY, INC. D/B/A ALLSTATE HEALTH SOLUTIONS AND | : : : | |
| | : | |
| SANDRA JOHNSON | : | |
| | : | |
| Defendants. | | |

/

**JOINT STATUS REPORT**

Plaintiff Kelly Bland (hereinafter referred to as "Plaintiff"), individually and on behalf of all others similarly situated and Americas Health Care/RX Plan Agency, Inc. ("AHC") submit the attached report addressing the matters the Court directed in its May 13 order (ECF 35).

The parties are desirous of obtaining a ruling on Defendant's Motion to Dismiss, which will impact the prospects for any potential settlement.

Additionally, Plaintiff intends to move to enter default against Defendant Sandra Johnson presently, as no answer has been filed, despite being due May 12, 2026.

There are no other matters the parties wish to address before the Court at this time.

Dated: May 26, 2026

<table>
<tr><td>

*/s/*
_____
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Email: anthony@paronichlaw.com

*Counsel for Plaintiff*

</td><td>

*/s/*
_____
JANI K. MIKEL
**AKERMAN LLP**
Illinois Bar No. 6331445
71 South Wacker Drive, 47th Floor
Chicago, Illinois  60606
Telephone:  (312) 634-5700
Facsimile: (312) 424-1900
Email: jani.mikel@akerman.com
Email: elisa.asa@akerman.com

**- and -**

RYAN ROMAN
**AKERMAN LLP**
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
Email: ryan.roman@akerman.com
Email: ellise.peyton@akerman.com

*Counsel for Defendant Healthcare Solution Team, LLC*

</td></tr>
</table>

2