**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| KELLY BLAND, on behalf of herself and others similarly situated, | : : : | CIVIL ACTION FILE NO. 25-cv-14183 |
| Plaintiff, | : : | Hon. Martha Pecold |
| v. | : : : | |
| AMERICAS HEALTH CARE/RX PLAN AGENCY, INC. D/B/A ALLSTATE HEALTH SOLUTIONS AND | : : : : : | |
| SANDRA JOHNSON | : : | |
| Defendants. | : | |

_____/

**REQUEST FOR CLERK'S ENTRY OF DEFAULT
AGAINST DEFENDANT SANDRA JOHNSON**

COMES NOW Plaintiff Kelly Bland, by and through the undersigned counsel, pursuant to FED. R. CIV. P. 55(a), and hereby files this Motion for Clerk's Entry of Default against Defendant Sandra Johnson, in the above-styled action. Plaintiff respectfully requests that the Clerk of Court enter default as the Defendant has failed to serve or file an answer to Plaintiff's claims in this action within the time permitted by law or otherwise.

Federal Rule of Civil Procedure 12(a), entitled "Time to Serve a Responsive Pleading," provides in pertinent part that "[a] defendant must serve an answer within 21 days after being served with the summons and complaint." FED. R. CIV. P. 12(a)(1)(A)(i). Federal Rule of Civil Procedure 55(a), entitled "Entering a Default," provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk *must* enter the party's default." FED. R. CIV. P. 55(a) (emphasis added).

Request for Entry of Default

1

Here, the Plaintiff filed her Amended Complaint naming Defendant Johnson on January 27, 2026. (See ECF No. 12.) Defendant Johnson was served on April 21, 2026, after the Court granted Plaintiff's motion for alternative service. (See ECF No. 31, 32.) Accordingly, Defendant's responsive pleading was due on May 12, 2026. Defendant did not file a response as of May 26, 2026. Accordingly, the Plaintiff requests that the Clerk enter the Defendant Johnson's default pursuant to FED. R. CIV. P. 55(a).

The Plaintiff intends to move for leave to conduct classwide discovery and seek a classwide default judgment as to Defendant Johnson.

## CONCLUSION

WHEREFORE, for the reasons set forth herein, the Plaintiff respectfully requests that the Clerk of Court enter default against the Defendant pursuant to FED. R. CIV. P. 55(a).

RESPECTFULLY SUBMITTED AND DATED this May 26, 2026.

> */s/ Andrew Roman Perrong*
> Andrew Roman Perrong,
> Bar No. 333687 (*PHV*)
> a@perronglaw.com
> Perrong Law LLC
> 2657 Mount Carmel Avenue
> Glenside, PA 19038
> 215-225-5529
> Lead Attorney for Plaintiff and the Proposed Class

Request for Entry of Default

## <u>CERTIFICATE OF SERVICE</u>

I certify that I filed the foregoing via ECF on the below date, which will automatically

send a copy to all attorneys of record on the case.

I further certify that I mailed a copy of the foregoing to:

Sandra Johnson
7755 Tropicana St.
Miramar FL 33023
Tracking Number: 00310903331480229970

and

Sandra Johnson
3805 SW 148th Ter
Miramar, FL 33027
Tracking Number: 00310903331480229971

Dated: May 26, 2026

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong,
Bar No. 333687 (*PHV*)
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class

Request for Entry of Default

3