## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Kelly Bland

Plaintiff,

v.

Case No.: 1:25–cv–14183
Honorable Martha M. Pacold

Americas Health Care/RX Plan Agency, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 28, 2026:

MINUTE entry before the Honorable Martha M. Pacold: Plaintiff has moved for entry of default under Fed. R. Civ. P. 55(a) against defendant Sandra Johnson. Defendant Sandra Johnson is ordered to show cause by 6/4/2026 as to why default should not be entered or she will face entry of default. Plaintiff is directed to promptly serve this order on defendant Sandra Johnson and file a certificate of service. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.