**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| KELLY BLAND, on behalf of herself and others similarly situated, | : | CIVIL ACTION FILE NO. 25-cv-14183 |
| | : | |
| Plaintiff, | : | Hon. Martha Pecold |
| | : | |
| v. | : | |
| | : | |
| AMERICAS HEALTH CARE/RX PLAN AGENCY, INC. D/B/A ALLSTATE HEALTH SOLUTIONS AND | : | |
| | : | |
| SANDRA JOHNSON | : | |
| | : | |
| Defendants. | | |

**CERTIFICATE OF SERVICE**

The undersigned counsel for Plaintiff Kelly Bland, Andrew Roman Perrong, respectfully files this Certificate of Service with respect to this Court's order entered on May 28, 2026 (ECF No. 38), and declares under penalty of perjury:

On May 28, 2026, I, Andrew Roman Perrong, the undersigned counsel for Plaintiff mailed, with tracking, the Court's Docket Entry and an additional copy of the May 26, 2026 Request for Entry of Default to Ms. Johnson's two addresses and the Court's Docket Entry via telephone text message call to Ms. Johnson's number. Additionally, on May 29, 2026, the undersigned emailed a copy of both of the same to Ms. Johnson's email address.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746.

Executed this May 29, 2026.

/s/ Andrew Roman Perrong
Andrew Roman Perrong,
Bar No. 333687 (*PHV*)
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date, which will automatically

send a copy to all attorneys of record on the case.

I further certify that I mailed a copy of the foregoing to:

Sandra Johnson
7755 Tropicana St.
Miramar FL 33023
Tracking Number: 00310903331480013458

and

Sandra Johnson
3805 SW 148th Ter
Miramar, FL 33027
Tracking Number: 00310903331480013459

Dated: May 29, 2026

/s/ Andrew Roman Perrong
Andrew Roman Perrong,
Bar No. 333687 (*PHV*)
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class

2