

**Andrew Perrong <a@perronglaw.com>**

---

## Service of Court Order - Bland v. Healthcare Solutions Team LLC, Docket No. 1:25-cv-14183 (N.D. Ill.)

2 messages

---

**Andrew Perrong** <a@perronglaw.com>
To: SANDYJFX@gmail.com

Fri, May 29, 2026 at 8:03 PM

Ms. Johnson,

Please see the attached Court Order which is being served upon you at the Court's direction.

--
Thank you kindly,
Andrew Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529 (CALL-LAW)

---

📄 **gov.uscourts.ilnd.490261.38.0.pdf**
18K

---

**Andrew Perrong** <a@perronglaw.com>
To: SANDYJFX@gmail.com

Fri, May 29, 2026 at 8:06 PM

Also attached is another filing made in this litigation.
[Quoted text hidden]

---

📄 **gov.uscourts.ilnd.490261.37.0.pdf**
140K

Thursday, 05/28/2026 10:41 AM EDT

# Sandra Johnson

3805 SW 148th Ter
Miramar FL 33027-3313

## ⊖ Shipment Details

 9400136106196430293063 📋 ❓

| Ship From Address: Perrong Law | Package Details | Label Details ❓ |
|---|---|---|
| Perrong Law LLC<br>2657 Mount Carmel Ave<br>Glenside PA 19038-2911 | **Package Type:** Envelope, Padded Envelope, Poly Bag, Soft Pack, or Box in a Bag<br>**Dimensions:** 12×9"<br>**Weight:** 1 oz<br>**Free Online Delivery Confirmation** | **Label Size:** 4×6"<br>**Label Filetype:** PDF |

| Service | Cost |
|---|---|
|  Ground Advantage · Zone 6<br>$100 Carrier Liability (File Carrier Liability Claim) · Estimated Delivery 06/01/2026 by 6:00 PM if shipped on 05/28/2026 | $5.62 |
| **Total Cost** | **$5.62** |
| Ship Date ❓ | Thursday, 05/28/2026 |
| Email Recipients | No Email Address set |

Thursday, 05/28/2026 10:40 AM EDT

# Sandra Johnson

7755 Tropicana St
Miramar FL 33023-2431

## ⊖ Shipment Details

 9400136106196430292936

| Ship From Address: Perrong Law | Package Details | Label Details ❓ |
|---|---|---|
| Perrong Law LLC<br>2657 Mount Carmel Ave<br>Glenside PA 19038-2911 | **Package Type:** Envelope, Padded Envelope, Poly Bag, Soft Pack, or Box in a Bag<br>**Dimensions:** 12×9"<br>**Weight:** 1 oz<br>**Free Online Delivery Confirmation** | **Label Size:** 4×6"<br>**Label Filetype:** PDF |

| Service | Cost |
|---|---|
| Ground Advantage · Zone 6<br>$100 Carrier Liability (File Carrier Liability Claim) · Estimated Delivery 06/01/2026 by 6:00 PM if shipped on 05/28/2026 | $5.62 |
| **Total Cost** | **$5.62** |
| Ship Date ❓ | Thursday, 05/28/2026 |
| Email Recipients | No Email Address set |

© 2014-2026 - All Rights Reserved

Privacy Policy - Terms of Use - DPA

Cookies Notice - 🔄 Your Privacy Choices



Ms. Johnson,

Please see the attached Court Order which was entered today.



Andrew Perrong at 5/28/26, 10:39 AM

Sent