**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Kelly Bland

                              Plaintiff,

v.                                  Case No.: 1:25–cv–14183
                                          Honorable Martha M. Pacold

Americas Health Care/RX Plan Agency, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 8, 2026:

        MINUTE entry before the Honorable Martha M. Pacold: Oral argument held on 7/8/2026 by video. As more fully explained and for the reasons stated on the record, defendant's motion to dismiss plaintiff's first amended complaint, [23], is granted. The dismissal is without prejudice, and plaintiff is granted leave to file a second amended complaint by 7/22/2026 if plaintiff can do so consistent with today's ruling and Rule 11. If plaintiff does not file an amended complaint by that date, the case will be dismissed with prejudice and the court will enter final judgment. Defendants' deadline to answer or otherwise respond to any forthcoming amended complaint is stayed until further order of court. The parties are directed to file a joint status report on the status of settlement and confirming that the parties have exhausted settlement possibilities by 8/12/2026. If defendants intend to respond to any amended complaint by way of motion, the parties should include in the status report a proposed briefing schedule. If defendants intend to respond by way of an answer, the parties should include a proposed discovery schedule. Plaintiff's motion for entry of default against Sandra Johnson, [37], is denied without prejudice subject to renewal should she not respond to any forthcoming amended complaint. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.