**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Kelly Bland

                                       Plaintiff,

v.                                            Case No.: 1:25–cv–14183
                                               Honorable Martha M. Pacold

Americas Health Care/RX Plan Agency, Inc., et
al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 24, 2026:

      MINUTE entry before the Honorable Martha M. Pacold: As previously ordered, defendants' deadline to answer or otherwise respond to the amended complaint [41] is stayed until further order of court. [40]. The 8/12/26 joint status report previously set stands. [40]. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.