## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| KELLY BLAND, on behalf of herself and others similarly situated, | : | CIVIL ACTION FILE NO. 25-cv-14183 |
|  | : |  |
| Plaintiff, | : | Hon. Martha Pecold |
|  | : |  |
| v. | : |  |
|  | : |  |
| AMERICAS HEALTH CARE/RX PLAN AGENCY, INC. D/B/A ALLSTATE HEALTH SOLUTIONS | : | |
|  | : |  |
| AND | : |  |
|  | : |  |
| SANDRA JOHNSON | : |  |
|  | : |  |
| Defendants. | : |  |

_____/

### JOINT STATUS REPORT

Plaintiff Kelly Bland (hereinafter referred to as "Plaintiff"), individually and on behalf of all others similarly situated, and Americas Health Care/RX Plan Agency, Inc. ("AHC") hereby submit the attached report addressing the matters the Court directed in its order July 8, 2026 (ECF 40).

### Response to Plaintiff's Second Amended Complaint

On July 22, 2026, Plaintiff filed her Second Amended Complaint. Defendant AHC intends to move to dismiss the Second Amended Complaint pursuant to Rule 12(b)(6) as Plaintiff remains unable to state a claim against AHC as a matter of law for several reasons including, but not limited to: (1) none of the alleged calls constitute telemarketing calls as defined by the TCPA; (2) the Second Amended Complaint does not adequately allege that AHC made the Calls at issue; and (3) the Second Amended Complaint is insufficient on its face as it fails to sufficiently plead any facts

1

which would support holding that AHC is liable for the actions of "Victoria" or the unidentified callers.

Plaintiff intends to oppose Defendant's anticipated motion, including on the grounds that the Second Amended Complaint more concretely (1) establishes that the calls were sent to solicit the purchase of Allstate's paid insurance goods and services and (2) adequately pleads liability as to Defendant Allstate for the subject calls.

In accordance with this Court's July 8, 2026 Order, the parties propose the following briefing schedule regarding Defendant AHC's anticipated Motion to Dismiss Plaintiff's Second Amended Complaint:

- Defendant shall file its Motion to Dismiss Plaintiff's Second Amended Complaint on or before September 4, 2026;
- Plaintiff shall file her Response on or before September 25, 2026; and
- Defendant shall have 14 days to file its Reply, on or before October 9, 2026.

**Settlement Negotiations**

The Parties inform the Court that, in light of the foregoing positions, the parties have exhausted settlement negotiations.

**Defendant Johnson/Other Matters**

The Parties inform the Court that Defendant Johnson was emailed a copy of the foregoing Status Report and provided an opportunity to provide edits prior to filing. No response to the emails were received. There are no other matters the Parties wish to address with the Court at this time.

Dated: August 12, 2026

/s/ *Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Email: anthony@paronichlaw.com

*Counsel for Plaintiff*

/s/ *JANI K. MIKEL*
JANI K. MIKEL (With Permission)
**AKERMAN LLP**
Illinois Bar No. 6331445
71 South Wacker Drive, 47th Floor
Chicago, Illinois 60606
Telephone: (312) 634-5700
Facsimile: (312) 424-1900
Email: jani.mikel@akerman.com
Email: lauren.chang-williams@akerman.com
elisa.ada@akerman.com

**- and -**

RYAN ROMAN
**AKERMAN LLP**
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
Email: ryan.roman@akerman.com
Email: lauren.chang-williams@akerman.com

*Counsel for Defendant Americas Health Care/RX Plan*