**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Kelly Bland

Plaintiff,

v.

Case No.: 1:25−cv−14183
Honorable Martha M. Pacold

Americas Health Care/RX Plan Agency, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 17, 2026:

MINUTE entry before the Honorable Martha M. Pacold: The court has received the parties' joint status report, [43]. Defendant's motion to dismiss is due 9/4/2026; plaintiff's response is due 9/25/2026; and defendant's reply is due 10/9/2026. By 10/16/2026, the parties shall file a joint status report proposing dates in April, May, and June 2027 for oral argument which the court may pick from, should it find argument necessary, and any other matters the parties wish to bring to the court's attention. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.