**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| KELLY BLAND, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAS HEALTH CARE/RX PLAN AGENCY, INC. D/B/A ALLSTATE HEALTH SOLUTIONS<br><br>AND<br><br>SANDRA JOHNSON<br><br>Defendants. | : | CIVIL ACTION FILE NO. 25-cv-14183<br><br>Hon. Martha Pacold |

## JOINT STATUS REPORT

Plaintiff Kelly Bland (hereinafter referred to as "Plaintiff"), individually and on behalf of all others similarly situated, and Americas Health Care/RX Plan Agency, Inc. ("AHC") hereby submit the attached report addressing the matters the Court directed in its order of August 17, 2026 (ECF 44).

### Proposed Dates for Oral Argument

Pursuant to the Court's August 17, 2026 Order, the parties respectfully propose the following dates for oral argument on Defendant AHC's Motion to Dismiss Plaintiff's Second Amended Complaint, should the Court find argument necessary. Counsel for the parties are available on any day during the following weeks:

- The week of April 12, 2027;

- The week of April 19, 2027; and
- The week of May 17, 2027.

The parties respectfully request that, to the extent possible, the Court avoid scheduling oral argument in June 2027.

**<u>Defendant Johnson/Other Matters</u>**

The Parties inform the Court that Defendant Johnson is in default and that they have had no further communication with her. There are no other matters the Parties wish to address with the Court at this time.

Dated: October 16, 2026

/s/ *Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Email: anthony@paronichlaw.com

*Counsel for Plaintiff*

/s/ *JANI K. MIKEL*
JANI K. MIKEL (With Permission)
**AKERMAN LLP**
Illinois Bar No. 6331445
71 South Wacker Drive, 47th Floor
Chicago, Illinois 60606
Telephone: (312) 634-5700
Facsimile: (312) 424-1900
Email: jani.mikel@akerman.com
Email: lauren.chang-williams@akerman.com
elisa.ada@akerman.com

**- and -**

RYAN ROMAN
**AKERMAN LLP**
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
Email: ryan.roman@akerman.com
Email: lauren.chang-williams@akerman.com

*Counsel for Defendant Americas Health Care/RX Plan*