**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Kelly Bland

Plaintiff,

v.

Case No.: 1:25−cv−14183
Honorable Martha M. Pacold

Americas Health Care/RX Plan Agency, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 26, 2026:

MINUTE entry before the Honorable Martha M. Pacold: In person oral argument on the motion to dismiss plaintiff's second amended complaint [46] set for 4/22/27 at 12:00 p.m. in Courtroom 2325. Argument will be limited to 15 minutes total per side. The order of argument will track the order of the briefs (movant's argument, nonmovant's response, movant's rebuttal) and the movant may reserve a portion of the 15 minutes for rebuttal. The court may cancel the argument if it determines argument is unnecessary. By 4/6/27, the parties should file a joint status report confirming that they have exhausted settlement possibilities and request to proceed with the argument. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.