**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| KELLY BLAND, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAS HEALTH CARE/RX PLAN AGENCY, INC. D/B/A ALLSTATE HEALTH SOLUTIONS<br><br>AND<br><br>SANDRA JOHNSON,<br><br>Defendants. | Case No. 25-cv-14183<br><br>Hon. Martha Pacold |

**NOTICE OF WITHDRAWAL OF RYAN ROMAN AS ATTORNEY FOR**
**DEFENDANT AMERICAS HEALTH CARE/RX PLAN AGENCY, INC.**

Defendant Americas Health Care/RX Plan Agency, Inc. ("Americas Health") hereby gives notice of the withdrawal of RYAN ROMAN as counsel for Americas Health in the above-captioned action, and states as follows:

1. Ryan Roman was granted admission to practice *pro hac vice* in this action on January 7, 2026. Mr. Roman is no longer assigned to this case, and will not continue to represent Americas Health in this matter.

2. Americas Health will continue to be represented in this matter by Jani K. Mikel of Akerman LLP. Ms. Mikel will be joined by Eric D. Coleman, also of Akerman LLP, whose *pro hac vice* motion is currently pending.

3. Americas Health will not in any manner be prejudiced by Ryan Roman's withdrawal.

Date: October 29, 2026

Respectfully submitted,

*s/ Jani K. Mikel*

JANI K. MIKEL
**AKERMAN LLP**
Illinois Bar No. 6331445
71 South Wacker Drive, 47th Floor
Chicago, Illinois 60606
Telephone: (312) 634-5700
Facsimile: (312) 424-1900
Email: jani.mikel@akerman.com

RYAN ROMAN
*(Admitted Pro Hac Vice)*
ERIC D. COLEMAN
*(Pro Hac Vice Pending)*
**AKERMAN LLP**
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 463-2700
Facsimile: (954) 463-2224
Email: ryan.roman@akerman.com
Email: eric.coleman@akerman.com

*Attorneys for Defendant Americas Health Care/RX Plan Agency, Inc. d/b/a Allstate Health Solutions*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 29, 2026, the foregoing document was filed with the Court's electronic filing system on the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Jani K. Mikel
JANI K. MIKEL
Illinois Bar No. 6331445