**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Kelly Bland

Plaintiff,

v.

Case No.: 1:25−cv−14183
Honorable Martha M. Pacold

Americas Health Care/RX Plan Agency, Inc., et al.

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 9, 2026:

MINUTE entry before the Honorable Martha M. Pacold: The Notice of Withdrawal of Ryan Roman as Attorney for Defendant Americas Health Care/RX Plan Agency, Inc., [52], is construed as a motion to withdraw, and is granted. Ryan Roman is terminated as counsel for Defendant Americas Health. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.